**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs. CASE NO. 4:10-CR-46-SPM/WCS-2

**CHRISTY JEAN BAILOR,**

    **Defendant.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to the Report and Recommendation (doc. 40) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **Christy Jean Bailor**, to Count One of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>twentieth</u> day of October, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge